# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-3716

_____

Teresa Lorenz

*Plaintiff - Appellant*

v.

The Bank of New York Mellon; EMC Mortgage Corporation

*Defendants - Appellees*

Southstar Funding LLC

*Defendant*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: July 14, 2017
Filed: July 28, 2017
[Unpublished]

_____

Before GRUENDER, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Teresa Lorenz appeals from an order of the District Court[1] granting defendants' motions to dismiss and for summary judgment in this removed action for breach of contract and slander of title, which arose from the sale and assignment of Lorenz's home mortgage. After de novo review, we affirm for the reasons explained in the District Court's thorough opinion.[2] See Plymouth Cty. v. Merscorp, Inc., 774 F.3d 1155, 1158 (8th Cir. 2014) (reviewing de novo a dismissal for failure to state a claim); Beaulieu v. Ludeman, 690 F.3d 1017, 1024 (8th Cir. 2012) (reviewing de novo an order granting summary judgment); see also 8th Cir. R. 47B.

———————————————

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

[2]Because Lorenz failed to file with the District Court objections to the Magistrate Judge's order denying in part leave to amend the complaint, that order is not properly before us. See Fed. R. Civ. P. 72(a); Daley v. Marriott Int'l, Inc., 415 F.3d 889, 893 n.9 (8th Cir. 2005).